UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3242 FMO (FFMx) | Date | August 13, 2015 |
|---|---|---|---|
| Title | DEBORAH SLATZER v. NATIONAL BOOK NETWORK, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| J. Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE DEFENDANTS' MOTION TO COMPEL

On August 12, 2015, defendants Blood Moon Production and National Book Network ("defendants") filed a motion to compel plaintiff to supplement her Rule 26(a) disclosures. Defendants also asks the Court to award sanctions against plaintiff. Defendants' motion indicates that plaintiff has refused to meet and confer with defendants. As a result, plaintiff has not provided her portion of the joint stipulation in connection with the motion.

Plaintiff is ordered to show cause, in writing, within five days of the date of this order, if any she has, why she should not be sanctioned for failing to meet and confer with defendants regarding the issues raised by defendants' motion to compel and cooperate in the preparation of a joint stipulation. Sanctions contemplated include, but are not limited to, an order awarding attorney's fees and/or dismissing the complaint for failure to prosecute.

In addition, plaintiff's counsel is ordered to meet in person with defendants' counsel at the office of defendants' counsel within 10 days of the date of this order. The parties are ordered to prepare and file a joint stipulation with respect to the motion no later than September 3, 2015. The joint stipulation shall set forth the positions of each party with respect to any unresolved issues. The joint stipulation shall also contain, with respect to each issue, a description of any proposal made by each party to resolve the issue. After reviewing the joint stipulation, the Court will determine whether to proceed with oral argument on September 15, 2015 or vacate the hearing date and rule on the papers submitted.

IT IS SO ORDERED.