# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3242 FMO (FFMx) | Date | September 24, 2015 |
|---|---|---|---|
| Title | DEBORAH SLATZER v. NATIONAL BOOK NETWORK, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| J. Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH COURT'S AUGUST 13, 2015 ORDER

     On August 13, 2015, the Court entered an order requiring the parties to meet and confer and cooperate in good faith in connection with the preparation of a joint stipulation with respect to defendants' motion to compel plaintiff's compliance with Rule 26 early disclosure obligations. Although defendants thereafter filed a document entitled Joint Stipulation, it appears that plaintiff did not participate in the preparation of the stipulation. Therefore, plaintiff is ordered to show cause within 5 days of the date of this order why she should not be sanctioned for failure to comply with the Court's August 13, 2015 order to cooperate in the preparation of a joint stipulation with respect to defendants' motion to compel.

     IT IS SO ORDERED.